UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 5:26-cv-03961-WLH-ACCV | Date | July 24, 2026 |
| Title | ***Elevterio Gomez Godinez v. U.S. Immigration and Customs Enforcement*** | | |

| | |
|---|---|
| Present: The Honorable | WESLEY L. HSU, United States District Judge |

| | |
|---|---|
| Claudia Garcia-Marquez | None |
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
| None | None |

**Proceedings: (IN CHAMBERS) ORDER RE EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER [2]**

The Court is in receipt of Petitioner Elevterio Gomez Godinez's *Ex Parte* Application for Temporary Restraining Order (the "Application"). (Application, Dkt. No. 2). Petitioners' declarations in support of his Petitioner, even when read in conjunction with the Petition itself, fail to establish facts warranting any relief. At best, they merely contain legal conclusions that lack a factual basis. The Court therefore **DENIES** the Application without prejudice.

If Petitioner chooses to file a renewed Application, Petitioner must also file a separate, written declaration made under penalty of perjury that sets forth specific facts based on personal knowledge that supports his claim for immediate release. These specific facts might include, but are not limited to, Petitioner's country of nationality; the date and circumstances of Petitioner's entry into the United States; Petitioner's criminal history, if applicable; any prior detention by U.S. Immigration and Customs Enforcement ("ICE"); whether Petitioner was previously released pursuant to an Order of Supervision ("OSUP"); the circumstances giving rise to Petitioner's most recent placement into ICE custody; and Petitioner's participation in prior immigration proceedings.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Argument and legal conclusions alone are insufficient to establish an evidentiary basis upon which relief can be granted. Petitioner must submit facts, again in the form of a declaration under penalty of perjury, with or without exhibits, that entitle him to relief.

**IT IS SO ORDERED.**