JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

ELEVTERIO GOMEZ GODINEZ,

Petitioner,

v.

U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT,

Respondent.

Case No. 5:26-cv-03961-WLH-ACCV

**JUDGMENT**

IT IS HEREBY ADJUDGED that the Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241 [Dkt. 1] is denied as moot, with no further proceedings, consistent with the reasons and findings set forth in the Order Denying Petition as Moot.

DATED: September 29, 2026

HON. WESLEY L. HSU
United States District Judge